**Miguel Angel OCHOA–FUENTES, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 11–71951.**

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2015.*

Filed April 28, 2015.

Christopher John Stender, Esquire, Federal Immigration Counselors, AZ, P.C., Phoenix, AZ, for Petitioner.

Janette L. Allen, Esquire, Trial, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Miguel Angel Ochoa–Fuentes, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") order of removal. We dismiss the petition for review.

We lack jurisdiction to review the BIA's discretionary denial of cancellation of removal for failure to establish the requisite hardship, see 8 U.S.C. § 1252(a)(2)(B)(i); Mendez–Castro v. Mukasey, 552 F.3d 975, 978 (9th Cir.2009), and Ochoa–Fuentes has not set forth a colorable constitutional claim or question of law that would invoke our jurisdiction, see Mendez–Castro, 552 F.3d at 978 (any challenge to an IJ's discretionary determination must present a colorable constitutional claim or question of law in order for this court to exercise jurisdiction).

PETITION FOR REVIEW DISMISSED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).